# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CARIBBEAN SOLAR ENERGY, LLC

**Plaintiff**

v.

EVOLUTION CARIBBEAN LOGISTICS LLC; PHREIGHTLGX, LLC; JOHN DOE; JANE DOE; INSURANCE COMPANIES ABC; CORPORATION XYZ.

**Defendants**

**CIVIL NO.** 23-1323 (RAM)

### JUDGMENT

Pursuant to this Court's Memorandum and Order at Docket No. 28, Plaintiff's requests to remand at Docket No. 5 is **GRANTED**. Accordingly, JUDGMENT is hereby entered REMANDING the case to the Puerto Rico Court of First Instance, San Juan Superior Part.

The Clerk of Court shall immediately notify the state court of the remand order.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of February 2024.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge